UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY BLEWETT,

    Petitioner,    Crim. Nos. 06-CR-20645, 07-CR-20048
                                               Civil Nos. 07-14737, 07-14738

v.

UNITED STATES OF AMERICA,    Hon. Gerald E. Rosen
                                               Magistrate Judge Mona K. Majzoub

    Respondent.
_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       February 19, 2009

PRESENT:  Honorable Gerald E. Rosen
                      Chief Judge, United States District Court

On April 22, 2008, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court deny Petitioner Jerry Blewett's motion under 28 U.S.C. § 2255 to vacate his sentence. In support of this recommendation, the Magistrate Judge reasons that Petitioner procedurally defaulted his claim of an unlawfully induced guilty plea by failing to raise this issue at sentencing or on direct appeal. No objections have been filed to the R & R. Having reviewed the R & R and the record as a whole, the Court fully concurs in the Magistrate Judge's analysis and recommended disposition of this matter. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's April 22, 2008 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the Magistrate Judge's R & R, Petitioner's November 2, 2007 motion to vacate, set aside, or correct his sentence (docket #6 in Case No. 06-CR-20645, docket #6 in Case No. 07-CR-20048) is DENIED. Finally, in light of the clear and undisputed legal principles that dictate this disposition of Petitioner's motion, IT IS FURTHER ORDERED that a certificate of appealability is DENIED as to any appeal that Petitioner might pursue from this ruling.

                         s/Gerald E. Rosen
                         Chief Judge, United States District Court

Dated: February 19, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 19, 2009, by electronic and/or ordinary mail.

                         s/LaShawn R. Saulsberry
                         Case Manager